No. 3128.—MATA, APLTE., v. GONZÁLEZ ET AL., APLDOS.—C. D. San Juan, Distrito 1º. Dic. 4, 1924. A la moción del demandante apelante sobre sustitución del demandado J. González fallecido mientras la apelación se encuentra en trámite, vista la oposición de la apelada y lo dispuesto en el párrafo último del artículo 43 del Código de Enjuiciamiento Civil: *no ha lugar.*

No. 3435.—GARCÍA, APLTE., v. SUCN. DE E. MAZARREDO, APLDA.—C. D. Aguadilla. Dic. 5, 1924. Apareciendo que los documentos que no se incluyeron en la transcripción de la evidencia preparada por el taquígrafo y sí en la transcripción de los autos certificada por el Secretario y aprobada por el juez sentenciador, se acompañaron a cierta moción sometida al tribunal; *no ha lugar a desestimar la apelación por el primero de los fundamentos de la moción de la parte apelada.* Y en cuanto al segundo fundamento de dicha moción, pudiendo estudiarse mejor si era o nó necesario notificar la apelación a las personas que se indican cuando el recurso sea visto en sus méritos, *se pospone hasta entonces la resolución* de la cuestión suscitada.

Nos. 605 y 606.—MANRIQUE, RECURRENTE, v. REGISTRADOR DE GUAYAMA, RECURRIDO.—Dic. 5, 1924. Confirmada la nota recurrida por los fundamentos de la opinión en el caso No. 604, *Manrique v. Registrador de Guayama,* resuelto en diciembre 5, 1924, (pág. 821).

No. 3453.—MONAGAS, ADMINISTRADOR JUDICIAL, APLDO., v. RIVERA, MÁRSHAL. — C. D. Mayagüez. Dic. 9, 1924. Moción de la apelada para desestimar la apelación por frívola. Apareciendo que sólo está envuelta una cuestión de cuantía de honorarios de abogado que la corte de distrito rebajó de $500 a $300 y además que la apelante no compareció a la vista de la moción ni la impugnó por escrito, no habiendo tampoco presentado alegato dentro del término prorrogado que se concediera, se desestima el recurso.